UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE HOLWELL

07 CV 3340

-------------------------------------------------------- X

VIRGIN ENTERPRISES LIMITED,

                     Plaintiff,

    - against -

VIRGIN BEAUTY INDUSTRIES LTD.,
JAMES A. CHON, WILLIAM KIM, d/b/a
HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC.,
and BUKKY HAMED d/b/a BUKKY ENTERPRISES,

                     Defendants.

-------------------------------------------------------- X

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**



RECEIVED APR 2 6 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York
       April 25, 2007

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By _____
    James W. Dabney (JD 9715)
    Julie E. Kamps (JK 6041)

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

Attorneys for Plaintiff

548907