# United States District Court

SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VIRGIN BEAUTY INDUSTRIES LTD., JAMES A. CHON, WILLIAM KIM, d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC., and BUKKY HAMED d/b/a BUKKY ENTERPRISES

TO: (Name and address of defendant)

James Chon
41-11 69th Street
Woodside, NY 11377

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                         APR 2 6 2007

CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

*UEL VS. CHON*

**RETURN OF SERVICE** 07 CIV. 3340

| | DATE 5-4-07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) William P. Callahan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 37-25A 55 Street Woodside, NY 11377

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Sung Jin Chon, A/K/A James Chon, personally with summons & complaint at said location at 11:30 AM.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/4/07
Date

Signature of Server: Wm. P. Callahan

Address of Server: 17 Battery Place, 1226, New York, N.Y.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.