AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

**SUMMONS IN A CIVIL CASE**

V.

VIRGIN BEAUTY INDUSTRIES LTD., JAMES A. CHON, WILLIAM KIM, d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC., and BUKKY HAMED d/b/a BUKKY ENTERPRISES

CASE NUMBER:

**07 CV 3340**

JUDGE HOLWELL

TO: (Name and address of defendant)

William Kim
d/b/a Happy Beauty Town
1957 Third Avenue
New York, New York 10029

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                APR 2 6 2007
CLERK                                             DATE

*(signature)*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

VEL VS. HAPPY BEAUTY TOWN    RETURN OF SERVICE    07 CV 3340

| | DATE 5-4-07 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) STEPHEN BURNS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 1957 THIRD AVE NEW YORK, N.Y. 10029

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): SERVED SUMMONS & COMPLAINT ON ANNIE AN, PRESIDENT AT 10:25 A.M. IN HER STORE- HAPPY BEAUTY TOWN, 1957 THIRD AVENUE, N.Y. 10029

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 4, 2007
Date

Signature of Server

17 Battery Place Ste 1006 NY, NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.