AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

VIRGIN ENTERPRISES LIMITED,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

VIRGIN BEAUTY INDUSTRIES LTD., JAMES A. CHON, WILLIAM KIM, d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC., and BUKKY HAMED d/b/a BUKKY ENTERPRISES

**07 CV 3340**

**JUDGE HOLWELL**

TO: (Name and address of defendant)

Bukky Hamed
d/b/a Bukky Enterprises
14019 South Gessner
Houston, Texas 77489

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 26 2007

CLERK                                                                     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE MAY 04, 2007 |
| NAME OF SERVER (PRINT) PATRICIA TRICE | TITLE CIVIL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 14019 S GESSNER, SUITE F, HOUSTON TX 77489

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 24 MILES 3 HR. | SERVICE OF PROCESS | $150.xx |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 04, 2007           Patricia Trice
            Date                    Signature of Server

                                    PO Box 1102 FRESNO TX 77545
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.