AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

VIRGIN ENTERPRISES LIMITED,

**SUMMONS IN A CIVIL CASE**

V.

VIRGIN BEAUTY INDUSTRIES LTD., JAMES A. CHON, WILLIAM KIM, d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC., and BUKKY HAMED d/b/a BUKKY ENTERPRISES

CASE NUMBER:

**07 CV 3340**

**JUDGE HOLWELL**

TO: (Name and address of defendant)

African Angel, Inc.
1012 53rd Street
Brooklyn, New York 11234

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

APR 2 6 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/4/2007 |
| NAME OF SERVER (PRINT) Sharon R. Thomas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __908 Utica Avenue__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): __I served African Angel personally leaving a copy with the owner DANIEL (last name unknown) who stated to me that he was the owner.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/4/2007__
Date

Signature of Server: *Sharon R. Thomas*

Address of Server: __17 Battery Pl. Ste. 1236, NY NY 10004__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.