UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,

                     Plaintiff,

          - against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

                     Defendants.
------------------------------------------------------------------X

ECF CASE

07 Civ. 3340 (RJH)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY pursuant to 28 U.S.C. § 1746 that on this 23rd day of May 2007, I caused a true copy of the attached Amended Complaint to be served by First Class Mail upon:

James Chon
143-32 Oak Avenue
Flushing, New York 11355

James Chon
37-25A 55th Street
Woodside, NY 11377

African Angel, Inc.
1012 53rd Street
Brooklyn, New York 11234

African Angel, Inc.
908 Utica Avenue
Brooklyn, NY 11203

William Kim
d/b/a Happy Beauty Town
1957 Third Avenue
New York, New York 10029

Dated: New York, New York
       May 23, 2007

                                               Jeffrey J. Bednar
                                               Paralegal