RECEIVED
MAY 24
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,

    Plaintiff,

 - against -        07 Civ. 3340 (RJH)

VIRGIN BEAUTY INDUSTRIES LTD., et al.,  **STIPULATION AND ORDER**

    Defendants.
------------------------------------------------------x

  IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

  1. Within five (5) days from the date of entry of this Stipulation and Order, defendant Bukky Hamed d/b/a Bukky Enterprises, her officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who received notice of this Stipulation and Order by personal service or otherwise, shall cease, desist, and refrain forever from advertising, marketing, selling, offering for sale, or distributing any VIRGIN "Hair Fertilizer" product including the product depicted in Exhibit 1 hereto (collectively, the "Accused Products") [handwritten: save those purchased directly from plaintiff or plaintiff's agents].

  2. Within five (5) days from the date of entry of this Stipulation and Order, defendant Bukky Hamed d/b/a Bukky Enterprises shall identify to plaintiff the full name, business address, business telephone number, and e-mail address of each person from whom defendant Bukky Hamed d/b/a Bukky Enterprises has purchased, received, or obtained any Accused Product.

  3. This Stipulation and Order is entered in full satisfaction of plaintiff's claims and prayers for relief as to defendant Bukky Hamed d/b/a Bukky Enterprises in this Civil Action No. 07 Civ. 3340.

  4. Subject to the provisions of paragraphs 1 and 2, above, this action is dismissed with prejudice as to defendant Bukky Hamed d/b/a Bukky Enterprises. The Court retains jurisdiction to

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

enforce the terms of this Stipulation and Order.

5. By this settlement, plaintiff waives, releases, and abandons any and all claims that plaintiff may have against defendant Bukky Hamed or her agents and employees that arose out of the conduct of Bukky Hamed d/b/a Bukky Enterprises alleged in plaintiff's complaint herein.

6. Execution of this stipulation shall not constitute a finding by the Court or an admission by defendant Bukky Hamed that she is guilty of any of the allegations in the complaint.

7. This settlement shall be binding upon and inure to the benefit of the parties to this Stipulation and Order, Virgin Enterprises Ltd. and Bukky Hamed, and their respective successors and assigns.

Dated: May 22, 2007

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
James W. Dabney (JD-9715)
Julie E. Kamps (JK-6041)

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Virgin Enterprises Limited

THE GBENJO LAW GROUP

By: _____
Anne Gbenjo

8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
(713) 771-4775

Attorneys for Defendant
Bukky Hamed d/b/a Bukky Enterprises

SO ORDERED:

_____
United States District Judge
5/24/07

-2-

550241