AA_Rule7-1StatementDeftAfricanAngel.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| VIRGIN ENTERPRISES LIMITED, | ECF CASE |
| Plaintiff, | 07 Civ. 3340 (RJH) |
| v. | RULE 7.1 STATEMENT FOR DEFENDANT AFRICAN ANGEL, INC. |
| VIRGIN BEAUTY INDUSTRIES LTD., SUNG JIN CHON a/k/a " JAMES CHON, WILLIAM KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC. BUKKY HAMED d/b/a BUKKY ENTERPRISES, ADEFOLORUNSHO TECHNICAL ENTERPRISES LIMITED, JOHN KANG, and BEAUTY AND COSMETIC NETWORK, CORP., | |
| Defendants. | |

-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, African Angel, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**

New York, New York
June 22, 2007

_____
Carl E. Person  (CP 7637)
Attorney for Defendant, African Angel, Inc.
325 W. 45th Street - Suite 201
New York NY  10036-3803
Tel: 212-307-4444

source: Form Rule7_1.pdf]

1