AA_Notice_Appearance_for_African_Angel.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

VIRGIN ENTERPRISES LIMITED,

            Plaintiff,

      v.

VIRGIN BEAUTY INDUSTRIES LTD.,

SUNG JIN CHON a/k/a " JAMES CHON, WILLIAM KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC. BUKKY HAMED d/b/a BUKKY ENTERPRISES, ADEFOLORUNSHO TECHNICAL ENTERPRISES LIMITED, JOHN KANG, and BEAUTY AND COSMETIC NETWORK, CORP.,

            Defendants.
--------------------------------------------------------------------X

ECF CASE

07 Civ. 3340 (RJH)

NOTICE OF APPEARANCE
FOR DEFENDANT
<u>AFRICAN ANGEL, INC.</u>

      Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of Defendant **African Angel, Inc.**

Dated:   New York, New York
           June 22, 2007

*/s/ Carl E. Person*
Carl E. Person   (CP 7637)
Attorney for Defendant,
 African Angel, Inc.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

1