UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                              Plaintiff,

              - against -

VIRGIN BEAUTY INDUSTRIES LTD., et al.,

                             Defendants.

------------------------------------------------------------------x

ECF CASE

07 Civ. 3340 (RJH)

RECEIVED JUN 22 2007 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

TO:
The Chief Judge
Federal High Court of Nigeria
Oyinkan Abayomi Drive
Ikoyi -- Lagos
Nigeria

The United States District Court sitting in the Southern District of New York presents its compliments to the Chief Judge of the Federal High Court of Nigeria and encloses herewith the following documents from the above-captioned action:

1)    Amended Complaint
2)    Summons with Return of Service

It is kindly requested that same may be served, in the manner prescribed by the laws of Nigeria for service of similar documents, upon **Virgin Beauty Industries Limited** and **Adefolorunsho Technical Enterprises Limited**, against whom proceedings have been taken in the United States District Court for the Southern District of New York.

It is kindly further requested that such evidence of the service of the same upon the said Defendants, by execution of the enclosed Returns of Service by the person who serves the documents on the said Defendants, be officially certified by the Federal High Court of Lagos State, or declared upon oath, or otherwise attested in such manner as is consistent with the usage or practice of the Nigerian Federal High Court in proving service of legal process, and be delivered by Airmail to attorneys for the Plaintiff, James W. Dabney, Esq., Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004.

It has been represented to this Court that the said Defendants reside as follows:

1)     Virgin Beauty Industries Limited
      Plot No. 9 Gboyega Ijaodola Drive
      Sango Ota
      Ogun State
      Nigeria

2)     Adefolorunsho Technical Enterprises Limited
      Plot 9, Ijaodola Drive
      Sango Ota
      Ogun State
      Nigeria

Attorneys for the Plaintiff, James W. Dabney, Esq., Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

The Court extends to the judicial authorities of Nigeria its gratitude for assistance in this matter, and is ready and willing to assist you in a similar case when required.

                                                          _____
                                                          Richard J. Holwell
                                                          United States District Judge
                                                          United States District Court for the
                                                          Southern District of New York
                                                          500 Pearl Street
                                                          New York, New York 10007
                                                          United States of America

Dated: June 26, 2007

[Seal of Court]

Enclosures:

Amended Complaint (in triplicate)
Summons with Return of Service to Virgin Beauty Industries Ltd. (in triplicate)
Summons with Return of Service to Adefolorunsho Technical Enterprises Limited (in triplicate)

552143