UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -

VIRGIN BEAUTY INDUSTRIES LTD., et al.,

                Defendants.

------------------------------------------------------------x

ECF CASE

07 Civ. 3340 (RJH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. Defendant William Kim d/b/a Happy Beauty Town ("Kim"), his officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive notice of this Stipulation and Order by personal service or otherwise, are hereby ordered to cease, desist, and refrain forever from advertising, marketing, selling, offering for sale, or distributing any VIRGIN "Hair Fertilizer" product, including the product depicted in Exhibit 1 hereto (collectively, the "Accused Products").

2. Within five (5) days from the date of entry of this Stipulation and Order, defendant Kim shall identify to plaintiff the full name, business address, business telephone number, and e-mail address of each person from whom defendant Kim has purchased, received, or obtained any Accused Product, and shall deliver to plaintiff copies of all documents recording purchases or sales of Accused Product by or for Kim.

3. This Stipulation and Order is entered in full satisfaction of plaintiff's claims and prayers for relief as to defendant Kim in this Civil Action No. 07 Civ. 3340.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07



RECEIVED JUN 2_ CHAMBERS OF RICHARD J. HOLWELL

4.  Each of plaintiff VEL and defendant Kim shall bear their own costs, expenses, and attorneys' fees.

Dated: ~~May~~ June 26, 2007

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | WILLIAM KIM d/b/a HAPPY BEAUTY TOWN |
| By: _____<br>James W. Dabney (JD-9715)<br>Julie E. Kamps (JK-6041) | By: _____<br>William Kim |
| One New York Plaza<br>New York, New York 10004-1980<br>(212) 859-8000 | 1957 Third Avenue<br>New York, New York 10029 |
| Attorneys for Plaintiff<br>Virgin Enterprises Limited | Defendant Pro Se |

SO ORDERED:

_____
United States District Judge

6/29/07