UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,  :   ECF CASE
:
          Plaintiff,  :
:   07 Civ. 3340 (RJH)
   - against -  :
:   **STIPULATION AND ORDER**
VIRGIN BEAUTY INDUSTRIES LTD., et al.,  :
:
          Defendants.  :
------------------------------------------------------------x

    IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

    1.    Defendant William Kim d/b/a Happy Beauty Town ("Kim"), his officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive notice of this Stipulation and Order by personal service or otherwise, are hereby ordered to cease, desist, and refrain forever from advertising, marketing, selling, offering for sale, or distributing any VIRGIN "Hair Fertilizer" product, including the product depicted in Exhibit 1 hereto (collectively, the "Accused Products").

    2.    Within five (5) days from the date of entry of this Stipulation and Order, defendant Kim shall identify to plaintiff the full name, business address, business telephone number, and e-mail address of each person from whom defendant Kim has purchased, received, or obtained any Accused Product, and shall deliver to plaintiff copies of all documents recording purchases or sales of Accused Product by or for Kim.

    3.    This Stipulation and Order is entered in full satisfaction of plaintiff's claims and prayers for relief as to defendant Kim in this Civil Action No. 07 Civ. 3340.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07
```

✗ 7/11/07
with exhibit



4.   Each of plaintiff VEL and defendant Kim shall bear their own costs, expenses, and attorneys' fees.

Dated: ~~May~~ June 26, 2007

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
James W. Dabney (JD-9715)
Julie E. Kamps (JK-6041)

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Virgin Enterprises Limited

WILLIAM KIM d/b/a HAPPY BEAUTY TOWN

By: _____
William Kim

1957 Third Avenue
New York, New York 10029

Defendant Pro Se

SO ORDERED:

_____
United States District Judge
6/21/07

7/10/07

# EXHIBIT 1



