HOLWELL, J.

RECEIVED
JUL - 3 2007
CHAMBERS OF
RICHARD J. HOLWELL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VIRGIN ENTERPRISES LIMITED,

Plaintiff,

- against -

VIRGIN BEAUTY INDUSTRIES LTD., et al.,

Defendants.

ECF CASE

07 Civ. 3340 (RJH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. Within five (5) days from the date of entry of this Stipulation and Order, defendant African Angel, Inc., its officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive notice of this Stipulation and Order by personal service or otherwise, shall cease, desist, and refrain forever from advertising, marketing, selling, offering for sale, or distributing any VIRGIN "Hair Fertilizer" product, including the product depicted in Exhibit 1 hereto (collectively, the "Accused Products").

2. Within five (5) days from the date of entry of this Stipulation and Order, defendant African Angel, Inc. shall identify to plaintiff the full name, business address, business telephone number, and e-mail address of each person from whom defendant African Angel Inc. has purchased, received, or obtained any Accused Product.

3. This Stipulation and Order is entered in full satisfaction of plaintiff's claims and prayers for relief as to African Angel, Inc. in this Civil Action No. 07 Civ. 3340.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/07

4. Each of plaintiff VEL and defendant African Angel, Inc. shall bear their own costs, expenses, and attorneys' fees.

Dated: ~~June~~ July 2, 2007

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: ______________________
James W. Dabney
Julie E. Kamps

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Virgin Enterprises Limited

CARL E. PERSON, ESQ.

By: ______________________
Carl E. Person

325 W. 45th Street, Suite 201
New York, New York 10036
(212) 307-4444

Attorney for Defendant
African Angel, Inc.

SO ORDERED:

______________________
United States District Judge

7/10/07

552344

# EXHIBIT 1

Virgin ®
HAIR FERTILIZER
ANTI DANDRUFF AND HAIR CONDITIONING CREAM
FOR RAPID HAIR GROWTH
FORMULATED AND
PACKAGED BY:
VIRGIN BEAUTY
INDUSTRIES LTD
UNDER LICENSE
BORSOV KOSMETICK GmbH
ELMSHORN GERMANY


HAIR FERTILIZER
SANGO OTA



