```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                          Plaintiff,

               - against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

                         Defendants.

------------------------------------------------------------x

07 Civ. 3340 (RJH)

**ORDER DIRECTING**
**SERVICE OF PROCESS**

       This matter having been opened to the Court on the application of plaintiff Virgin Enterprises Ltd. for an order directing service of process pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure; and it appearing that defendants Virgin Beauty Industries Ltd. ("VBI") and Adefolorunsho Technical Enterprises Limited ("ATEL") are Nigerian corporations maintaining places of business in Sango-Ota, Ogun State, Nigeria; and it further appearing that there exists no international agreement that prohibits service of process in Nigeria according to United States legal standards; and it further appearing that this action involves claims arising under United States law and activity of VBI and ATEL that is alleged to affect United States domestic and foreign commerce; and good cause otherwise appearing, and it is hereby

       ORDERED, that plaintiff's motion for an order directing service of process is hereby GRANTED; and it is further

       ORDERED, that service of process on defendants VBI and ATEL may be effected by ~~delivering~~ personal delivery of a copy of the summons and complaint in this action to an officer, a director, a managing 

or general agent, or any other agent authorized by appointment or by law to receive service of process on VBI or ATEL.

DONE and ORDERED in chambers this __3__ day of ~~July~~ August 2007.

_____
Richard J. Holwell
United States District Judge

553477