```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x
:
VIRGIN ENTERPRISES LIMITED,              :     **ECF CASE**
                                         :
                         Plaintiff,      :     07 Civ. 3340 (RJH)
                                         :
          - against -                    :
                                         :     **STIPULATION AND ORDER**
VIRGIN BEAUTY INDUSTRIES LTD., et al.,   :
                                         :
                         Defendants.     :
----------------------------------------x

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. Within five (5) days from the date of entry of this Stipulation and Order, defendants John Kang and Beauty & Cosmetic Network Corp. (collectively "the Defendants"), their officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive notice of this Stipulation and Order by personal service or otherwise, shall cease, desist, and refrain forever from advertising, marketing, selling, offering for sale, or distributing any VIRGIN "Hair Fertilizer" product, including the product depicted in Exhibit 1 hereto (collectively, the "Accused Products").

2. Within five (5) days from the date of entry of this Stipulation and Order, the Defendants shall identify to plaintiff the full name, business address, business telephone number, and e-mail address of each person from whom Defendants have purchased, received, or obtained any Accused Product.

3. This Stipulation and Order is entered in full satisfaction of plaintiff's claims and prayers for relief as to Defendants in this Civil Action No. 07 Civ. 3340.

4. Each of plaintiff VEL and Defendants shall bear their own costs, expenses, and attorneys' fees.

Dated: ~~June~~ August 3, 2007

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
James W. Dabney
Julie E. Kamps

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Virgin Enterprises Limited

By: _____
John Kang
Pro Se Defendant

By: _____
John Kang on behalf of
Beauty and Cosmetic Network Corp.

Beauty & Cosmetic Network Corp.
25-27 26th Street
Long Island City, NY 11106

SO ORDERED:

_____
United States District Judge
8/2/07

- 2 -

552344