

IN THE HIGH COURT OF LAGOS STATE
IN THE LAGOS JUDICIAL DIVISION
HOLDEN AT LAGOS

## AFFIDAVIT OF SERVICE

VIRGIN ENTERPRISES LIMITED,

                                 Plaintiff

                - against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

                                 Defendants.

I, **TAOFEEK LAWAL**, Male, Nigerian of 24 Oyinkan Abayomi Drive, Ikoyi, Lagos do make oath and state as follows:

> That on behalf of the Plaintiff, in compliance with the order of the United States District Court I served on the Defendants i.e. Virgin Beauty Industries Limited and Adefolorunsho Technical Enterprises Limited, both of Plot 9 Gboyega Ijaodola Drive, Sango-Otta, Ogun State, Nigeria, the following documents:
>
>     i.    Initial Scheduling Conference Notice and Order dated 21st May 2007.
>     ii.   Summons in a Civil Case dated 26th April 2007
>     iii.  First Amended Complaint dated 21st May 2007
>     iv.  Individual Rules of the judge and the Magistrate.
>     v.   Summons in a Civil case dated 21st May 2007
>
> That the "Security Personal Officer" who acknowledged receipt of the documents at the premises of Virgin Beauty Industries and Adefolorunsho Technical Enterprises in the authorized staff of the company designated to receive such document on behalf of the company.

3)    That whilst I was serving him with the above referred documents, such other documents from other sources were brought to him and which he also received on behalf of the company.

4)    That following from the above I became convinced and belief that he is the appropriate agent of the company to be served and through whom there is reasonable probability that the document would in the ordinary course, come to the knowledge of the company.

5)    The proof of service of the above documents are exhibited hereto and marked as Exhibits "A", "B" and "C".

6)     That I swear to this affidavit in good faith and in accordance with the Oaths Act.

DEPONENT

Sworn to at the Lagos State High Court Registry, Lagos
This ..... 6th .... day of ........ Sept ... 2007.

BEFORE ME

COMMISSIONER FOR OATHS.

K. WILLIAMS ESQ



## PROOF OF SERVICE

### SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME.

NAME OF SERVER: MR. T. K. LAWAL

DATE: 09/08/2007

TIME: 1:30 PM

PLACE: Virgin Beauty Nig Ltd, Plot No 9 Gatuwere Ideoshola Drive Sango-Otta Ogun State Nigeria

SIGNATURE OF SERVER: [signature]

NAME OF DEFENDANT: Virgin Beauty Nig Ltd.

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT: Tutu Akinsanya

RANK: Security Personnel Officer

SIGNATURE: [signature] 9/08/07

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

Executed on 09/08/2007    Date    Signature of Server [signature]

## PROOF OF SERVICE

### SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME.

NAME OF SERVER: MR. T. ILLALALAL

DATE: 09/08/2007

TIME: 1:30 p.

PLACE: Adefolusho Technical Ent Ltd, Plot No. 6, Ebourea Descente, Oke-Sogo Off Ogun State, Nigeria

SIGNATURE OF SERVER: [signed]

NAME OF DEFENDANT: ADEFOLUSHO TECNICAL ENT. LTD

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT: Jubil Akinsunde

RANK: Security Personnel Officer

SIGNATURE: [signed] 9/08/07

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

Executed on Date: 09/08/2007

Signature of Server: [signed]

IN THE HIGH COURT OF LAGOS STATE
IN THE LAGOS JUDICIAL DIVISION
HOLDEN AT LAGOS



**AFFIDAVIT OF SERVICE**

VIRGIN ENTERPRISES LIMITED,

                                        Plaintiff

- against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

                                        Defendants.

**I, TAOFEEK LAWAL**, Male, Nigerian of 24 Oyinkan Abayomi Drive, Ikoyi, Lagos do make oath and state as follows:

> That on behalf of the Plaintiff, in compliance with the order of the United States District Court I served on the Defendants i.e. Virgin Beauty Industries Limited and Adefolorunsho Technical Enterprises Limited, both of Plot 9 Gboyega Ijaodola Drive, Sango-Otta, Ogun State, Nigeria, the following documents:
>
> i.      Initial Scheduling Conference Notice and Order dated 21st May 2007.
> ii.     Individual Rules of the judge and the Magistrate.

2) That Mr. A. J. Ijaodola, the Chief Executive Officer of the company received the documents at the premises of Virgin Beauty Industries and Adefolorunsho Technical Enterprises.

3) That I was able to determine that Mr. A. J. Ijaodola is the Chief Executive Officer of the company through the inscription at the entrance of his office and the plaque on his desk in his office wherein his name was boldly written. While I was also there, people referred to him by his official designation.

4) That whilst I was serving him with the above referred documents, such other documents from other sources were brought to him and which he also received on behalf of the company.

5) That following from the above I became convinced and belief that he is the appropriate person to be served.

6) The proof of service of the above documents are exhibited hereto and marked as Exhibits "A".

7) That I swear to this affidavit in good faith and in accordance with the Oaths Act.



_____
DEPONENT

Sworn to at the Lagos State High Court Registry, Lagos
This ...6th... day of ......Sept..... 2007.

BEFORE ME

COMMISSIONER FOR OATHS.

A. K. WILLIAMS ESQ

## PROOF OF SERVICE

**SERVICE OF THE INDIVIDUAL RULES AND INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER WAS SERVED BY ME.**

NAME OF SERVER ............ MR. T.K. LAWAL ............

DATE ............ 17/08/2007 ............

TIME ............ 12.45 PM ............

PLACE ............ Virgin Beauty Industries Limited, Prof. G. Jeada ............

SIGNATURE OF SERVER ............ [signature] ............

NAME OF DEFENDANT ............ Virgin Beauty Industries Limited, Prof. G. Gbooga Daodoke Sango — Ogun State, Nigeria ............

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT ............ Mr. A.J. Ijaodola ............

RANK ............ MD/CEO ............

SIGNATURE ............ Refused to sign. ............

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

17/08/2007                                           [signature]

Executed on Date                                     Signature of Server

## PROOF OF SERVICE

**SERVICE OF THE INDIVIDUAL RULES AND INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER WAS SERVED BY ME.**

**NAME OF SERVER**  MR. T.K. LAWAL

**DATE**  09/08/2007

**TIME**  1.30 pm

**PLACE**  Ade Folorunsho Technical Ent. Ltd. Plot No 9, Chief Ijaodola Drive Sango-Otta, Ogun State, Nigeria

**SIGNATURE OF SERVER**  [signature]

**NAME OF DEFENDANT**  ADEFOLORUNSHO TECHNICAL ENT. LTD. Jubil Akin Sunde.

**NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT**  Mr. A.J. Ijaodala

**RANK**  MD/CEO

**SIGNATURE**  Refused to Sign

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

17/08/2007

**Executed on Date**

[signature]

**Signature of Server**

THIS IS EXHIBIT "A" REFERRED TO IN PARAGRAPH 6 OF THE AFFIDAVIT OF Taofeek Lawal SWORN TO THIS 6th DAY OF September 20 07
BEFORE ME
COMMISSIONER FOR OATHS
K. WILLIAMS ESQ