# EXHIBIT 4

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 Civ. 3340 (RJH)

VIRGIN BEAUTY INDUSTRIES LTD., SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN ANGEL, INC., BUKKY HAMED d/b/a BUKKY ENTERPRISES, ADEFOLORUNSHO TECHNICAL ENTERPRISES LIMITED, JOHN KANG, and BEAUTY AND COSMETIC NETWORK, CORP.,

TO: (Name and address of defendant)

Adefolorunsho Technical Enterprises Limited
Plot 9, Ijaodola Drive Sango Ota,
Ogun State, Nigeria

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 1 2007

CLERK DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify)*: _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date                                                                                   Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE HIGH COURT OF LAGOS STATE
IN THE LAGOS JUDICIAL DIVISION
HOLDEN AT LAGOS

## AFFIDAVIT OF SERVICE

VIRGIN ENTERPRISES LIMITED,

                              Plaintiff

- against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

                              Defendants.

I, **TAOFEEK LAWAL**, Male, Nigerian of 24 Oyinkan Abayomi Drive, Ikoyi, Lagos do make oath and state as follows:

    That on behalf of the Plaintiff, in compliance with the order of the United States District Court I served on the Defendants i.e. Virgin Beauty Industries Limited and Adefolorunsho Technical Enterprises Limited, both of Plot 9 Gboyega Ijaodola Drive, Sango-Otta, Ogun State, Nigeria, the following documents:

        Initial Scheduling Conference Notice and Order dated 21st May 2007.
  ii.   Summons in a Civil Case dated 26th April 2007
  iii.  First Amended Complaint dated 21st May 2007
  iv.  Individual Rules of the judge and the Magistrate.
  v.   Summons in a Civil case dated 21st May 2007

    That the "Security Personal Officer" who acknowledged receipt of the documents at the premises of Virgin Beauty Industries and Adefolorunsho Technical Enterprises in the authorized staff of the company designated to receive such document on behalf of the company.

3)    That whilst I was serving him with the above referred documents, such other documents from other sources were brought to him and which he also received on behalf of the company.

4)    That following from the above I became convinced and belief that he is the appropriate agent of the company to be served and through whom there is reasonable probability that the document would in the ordinary course, come to the knowledge of the company.

5)    The proof of service of the above documents are exhibited hereto and marked as Exhibits "A", "B" and "C".

6)     That I swear to this affidavit in good faith and in accordance with the Oaths Act.

_____
DEPONENT

Sworn to at the Lagos State High Court Registry, Lagos
This ......6th...... day of .........Sept..... 2007.

BEFORE ME

COMMISSIONER FOR OATHS.



# PROOF OF SERVICE

## SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME.

NAME OF SERVER: MR. T. K. LAWAL

DATE: 09/08/2007

TIME: 1:30 PM

PLACE: Virgin Beauty Nig Ltd, Plot No 9 Gateway Rd, Ibadan-Sota Drive Sango-Otta, Ogun State Nigeria

SIGNATURE OF SERVER: [signature]

NAME OF DEFENDANT: Virgin Beauty Nig Ltd.

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT: Tutu Akinsanya

RANK: Security Personnel Officer

SIGNATURE: [signature] 9/08/07

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

Executed on    09/08/2007          [signature]
                  Date                Signature of Server

# PROOF OF SERVICE

## SERVICE OF THE SUMMONS AND COMPLAINT WAS MADE BY ME.

NAME OF SERVER: MR. T. K. LAWAL

DATE: 09/08/2007

TIME: 1:30pm

PLACE: Adefoshito Technical Ent Ltd Plot No E, Bourdex Estate, Olive Road, Off Ogun State, Ikeja

SIGNATURE OF SERVER: [signature]

NAME OF DEFENDANT: Adefoshito Tenical Ent. Ltd

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT: Jubil Akinsande

RANK: Security Personnel Officer

SIGNATURE: [signature] 9/08/07

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

09/08/2007                                    [signature]

Executed on    Date                           Signature of Server

IN THE HIGH COURT OF LAGOS STATE
IN THE LAGOS JUDICIAL DIVISION
HOLDEN AT LAGOS

**AFFIDAVIT OF SERVICE**

VIRGIN ENTERPRISES LIMITED,

            Plaintiff

    - against -

VIRGIN BEAUTY INDUSTRIES LTD.,
SUNG JIN CHON a/k/a "JAMES" CHON, WILLIAM
KIM d/b/a HAPPY BEAUTY TOWN, AFRICAN
ANGEL, INC., BUKKY HAMED d/b/a BUKKY
ENTERPRISES, ADEFOLORUNSHO TECHNICAL
ENTERPRISES LIMITED, JOHN KANG, and
BEAUTY AND COSMETIC NETWORK, CORP.,

            Defendants.

**I, TAOFEEK LAWAL**, Male, Nigerian of 24 Oyinkan Abayomi Drive, Ikoyi, Lagos do make oath and state as follows:

  That on behalf of the Plaintiff, in compliance with the order of the United States District Court I served on the Defendants i.e. Virgin Beauty Industries Limited and Adefolorunsho Technical Enterprises Limited, both of Plot 9 Gboyega Ijaodola Drive, Sango-Otta, Ogun State, Nigeria, the following documents:

    i. Initial Scheduling Conference Notice and Order dated 21st May 2007.
    ii. Individual Rules of the judge and the Magistrate.

2) That Mr. A. J. Ijaodola, the Chief Executive Officer of the company received the documents at the premises of Virgin Beauty Industries and Adefolorunsho Technical Enterprises.

3) That I was able to determine that Mr. A. J. Ijaodola is the Chief Executive Officer of the company through the inscription at the entrance of his office and the plaque on his desk in his office wherein his name was boldly written. While I was also there, people referred to him by his official designation.

4) That whilst I was serving him with the above referred documents, such other documents from other sources were brought to him and which he also received on behalf of the company.

5) That following from the above I became convinced and belief that he is the appropriate person to be served.

6) The proof of service of the above documents are exhibited hereto and marked as Exhibits "A".

7) That I swear to this affidavit in good faith and in accordance with the Oaths Act.



_____
DEPONENT

Sworn to at the Lagos State High Court Registry, Lagos
This ...6th... day of ......Sept.... 2007.

BEFORE ME

COMMISSIONER FOR OATHS.

A. K. WILLIAMS ESQ

# PROOF OF SERVICE

**SERVICE OF THE INDIVIDUAL RULES AND INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER WAS SERVED BY ME.**

NAME OF SERVER ............ MR. T.K. LAWAL ............

DATE ............ 17/08/2007 ............

TIME ............ 12.45 PM ............

PLACE ............ Virgin Beauty Industries Limited Prof. G. Deosin ............

SIGNATURE OF SERVER ............ [signature] ............

NAME OF DEFENDANT ............ Virgin Beauty Industries Limited Prof. G. Gbooreja Deosote Sango — Ogun State, Nigeria ............

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT ............ Mr. A.J. Ijaodola ............

RANK ............ MD/CEO ............

SIGNATURE ............ Refused to sign. ............

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

17/08/2007                                                [signature]

Executed on Date                                          Signature of Server

# PROOF OF SERVICE

**SERVICE OF THE INDIVIDUAL RULES AND INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER WAS SERVED BY ME.**

NAME OF SERVER: MR. T.K. LAWAL

DATE: 09/08/2007

TIME: 1.30 pm

PLACE: Ade Folorunsho Technical Ent. Ltd. Plot No 9. Chief Ijaodola Drive Sango-Otta Ogun State Nigeria

SIGNATURE OF SERVER: [signature]

NAME OF DEFENDANT: ADEFOLORUNSHO TECHNICAL ENT. LTD. Jubril Akin Sunde.

NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT: Mr. A.J. Ijaodola

RANK: MD/CEO

SIGNATURE: Refused to Sign

I hereby declare that the foregoing information contained in the Return of Service is true and correct.

17/08/2007
Executed on Date

[signature]
Signature of Server

THIS IS EXHIBIT "A" REFERRED TO IN PARAGRAPH 6 OF THE AFFIDAVIT OF Taofeek Lawal SWORN TO THIS 6th DAY OF September 20 07 BEFORE ME
COMMISSIONER FOR OATHS
K. WILLIAMS ESQ