# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                    :
VIRGIN ENTERPRISES LIMITED,                         :        **ECF CASE**
                                                    :
                        Plaintiff,                  :        07 Civ. 3340 (RJH)
                                                    :
            -against-                               :
                                                    :        **CLERK'S CERTIFICATE**
VIRGIN BEAUTY INDUSTRIES LTD., et al.,              :
                                                    :
                        Defendants.                 :
------------------------------------------------------------------- x


     I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that this action was commenced on April 26, 2007, with the filing of a

complaint and the filing of an amended complaint on May 21, 2007; the summons and amended

complaint were served on defendant Adefolorunsho Technical Enterprises Limited on August 9, 2007;

and proof of such service was filed with this Court on September 11, 2007.

     I further certify that the docket entries indicate that defendant Adefolorunsho Technical

Enterprises Limited  has not appeared in this action and its time for doing so has expired.  The default

of defendant Adefolorunsho Technical Enterprises Limited is hereby noted.


Dated:  New York, New York                    Clerk of the Court J. Michael McMahon
        October 9, 2007

                                              By: _____

                                                          Deputy Clerk