UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

VIRGIN ENTERPRISES LIMITED,

                  Plaintiff,

    - against -

VIRGIN BEAUTY INDUSTRIES LTD., et al.,

                  Defendants.

------------------------------------------------------------------- x

**FINAL JUDGMENT AND PERMANENT INJUNCTION ORDER**

    This matter having been opened to the Court on the plaintiff's application for issuance of final judgment pursuant to Fed. R. Civ. P. 55(b); and it appearing that the plaintiff commenced this civil action on April 26, 2007, by filing a Complaint with this Court; and it further appearing that the plaintiff filed an Amended Complaint on May 21, 2007; and the Court by Order dated August 3, 2007, having directed that service of process on defendants Virgin Beauty Industries Ltd. and Adefolorunsho Technical Enterprises Ltd. be effected by personal delivery of a copy of the Summons and Complaint in this action to an officer, director, managing or general agent, or any other agent authorized by appointment or by law to receive service of process on Virgin Beauty Industries Ltd. or Adefolorunsho Technical Enterprises Ltd.; and it further appearing that defendants Virgin Beauty Industries Ltd. and Adefolorunsho Technical Enterprises Ltd. were personally served with Summonses and the Amended Complaint in this action on August 9, 2007; it further appearing that defendants Virgin Beauty Industries Ltd. and Adefolorunsho Technical Enterprises Ltd. have served no response to the Amended Complaint and their time for doing so has expired; and it further appearing that by their default in this action, defendants Virgin Beauty Industries Ltd. and Adefolorunsho Technical Enterprises Ltd., have admitted to liability for infringement of the VIRGIN trademark owned by plaintiff, and good cause otherwise appearing, it is hereby

ORDERED, that plaintiff's application for issuance of final judgment under Fed. R. Civ. P. 55(b) is hereby GRANTED; and it is further

ORDERED, that defendants Virgin Beauty Industries Ltd. and Adefolorunsho Technical Enterprises Ltd., their officers, agents, servants, employees, and attorneys, and all those distributors or other persons in active concert or participation with defendants Virgin Beauty Industries Ltd. or Adefolorunsho Technical Enterprises Ltd. who receive actual notice of this Order by personal service is otherwise, are hereby permanently enjoined and restrained from advertising, marketing, selling, offering for sale, importing, or distributing any VIRGIN "hair fertilizer" product, including the product depicted in Exhibit 1 hereto; and it is further

ORDERED, that defendants Virgin Beauty Industries and Adefolorunsho Technical Enterprises Ltd., their officers, agents, servants, employees, and attorneys, and all those distributors or other persons in active concert or participation with defendants Virgin Beauty Industries Ltd. or Adefolorunsho Technical Enterprises Ltd. who receive actual notice of this Order by personal service is otherwise, are hereby permanently enjoined and restrained from using VIRGIN as a purported designation of the origin of "hair fertilizer" or any other hair or beauty care product made or distributed by defendants Virgin Beauty Industries Ltd. or Adefolorunsho Technical Enterprises Ltd.

DONE AND ORDERED this __7__ day of __Nov.__, 2007.

_____
The Honorable Richard J. Holwell
United States District Judge
Southern District of New York

557350

# EXHIBIT 1


